UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| FOREMOST INSURANCE COMPANY ) <br> GRAND RAPIDS MICHIGAN; ) <br>    ) <br> **Plaintiff,** ) <br>    ) <br> v. ) <br>    ) <br> GROWING PROPERTIES, LLC, ) <br> JARED YOUNG, JAMES DANIEL ) <br> TAYLOR, and WILLIE HAMPTON; ) <br>    ) <br> **Defendants.** ) | CIVIL ACTION <br> FILE NO.: 1:21-CV-218 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Growing Properties, LLC ("Growing Properties"), Jared Young ("Young"), James Daniel Taylor ("Taylor") and Willie Hampton ("Hampton"), and pursuant to FRCP 56, hereby move this Court for summary judgment on each and every claim brought by Plaintiff Foremost Insurance Company Grand Rapids Michigan in the above-referenced matter.

In support of this motion, Defendants rely upon the following:

1) Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

2) Defendants' Statement of Facts of Facts to Which There is No Genuine Issue to be Tried;

3) Deposition transcript of Jared Young;

4) Deposition transcript of Willie Hampton;

5) Deposition Transcript of James Taylor;

6) All documents filed, evidence filed, and pleadings of record.

- 2 -

**Foremost Insurance Company v. Growing Properties, LLC, et al.**
**US District Court, Middle District of GA, Albany Division, CAFN 1:21-CV-218**
**Defendants' Motion for Summary Judgment**

This 27th day of October, 2022.

| | |
|---|---|
| **ROSS & PINES, LLC** | **JOSEPH W. DENT, P.C.** |
| /S/ Jeffrey A. Burmeister | /S/ Joseph W. Dent |
| JEFFREY A. BURMEISTER | JOSEPH W. DENT |
| Georgia Bar No.: 030024 | *Signed with express permission by JAB* |
| *Attorney for Defendant James Taylor* | Georgia Bar No.: 218558 |
| | *Attorney for Defendants Growing Properties, LLC, Jared Young, and Willie Hampton* |
| 5555 Glenridge Connector | |
| Suite 435 | |
| Atlanta, GA 30342 | P.O. Box 70549 |
| (404) 812-4300 | Albany, GA 31708 |
| jeff@rossandpines.com | (229) 461-6100 |
| | joe@joedentlaw.com |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| FOREMOST INSURANCE COMPANY ) | | |
| GRAND RAPIDS MICHIGAN; ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | CIVIL ACTION | |
| v. ) | FILE NO.: 1:21-CV-218 | |
| ) | | |
| GROWING PROPERTIES, LLC, ) | | |
| JARED YOUNG, JAMES DANIEL ) | | |
| TAYLOR, and WILLIE HAMPTON; ) | | |
| ) | | |
| **Defendants.** ) | | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the foregoing **Defendants' Motion for Summary Judgment** upon all counsel of record by placing same in the United States Mail, proper postage affixed thereto and addressed as follows:

Seth M. Friedman
Christopher C. Meeks
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
600 Peachtree Street, Suite 4700
Atlanta, GA 30308
Seth.Friedman@lewisbrisbois.com
Christopher.Meeks@lewisbrisbois.com
*Attorneys for Plaintiff Foremost Insurance Company*

Joseph W. Dent
JOSEPH W. DENT, P.C.
P.O. Box 70549
Albany, GA 31708
Joe@joedentlaw.com
*Attorney for Defendants Growing Properties, LLC and Willie Hampton*

This 27th day of October, 2022.

- 4 -

**Foremost Insurance Company v. Growing Properties, LLC, et al.**
**US District Court, Middle District of GA, Albany Division, CAFN 1:21-CV-218**
**Defendants' Motion for Summary Judgment**
**Certificate of Service**

                **ROSS & PINES, LLC**

                /S/ Jeffrey A. Burmeister
                JEFFREY A. BURMEISTER
                Georgia Bar No.: 030024
                *Attorney for Defendant Taylor*

5555 Glenridge Connector, Suite 435
Atlanta, GA  30342
(404) 812-4300
jeff@rossandpines.com