# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| FOREMOST INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:21-CV-218 (LAG) |
| | : | |
| GROWING PROPERTIES, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

The Parties have advised the Court that they have reached a settlement agreement resolving the claims in this case and that a stipulation of dismissal is forthcoming. *See* Correspondence from Jeffrey A. Burmeister, Counsel for Defendant James Taylor, to Felicia Davis, Courtroom Deputy, United States District Court for the Middle District of Georgia (Apr. 13, 2023, 2:57 PM) (on file with the Court). Accordingly, the Court hereby **DIRECTS** the Clerk of Court to administratively close the case to allow the Parties to finalize the settlement agreement. The Parties are **ORDERED** to file a stipulation of dismissal or move to reopen the case no later than **sixty (60) days** from the date of this Order.

**SO ORDERED**, this 17th day of April, 2023.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**